On appellant's petition for reconsideration filed December 21, 1987, petition for reconsideration granted, former opinion (88 Or App 187, 744 P2d 300) withdrawn, reversed and remanded February 3, 1988

ERIC TODD DALTON,
*Appellant,*

*v.*

MAASS,
*Respondent.*

(86-C-11348; CA A43256)

749 P2d 138

Steven H. Gorham, Salem, argued the cause and filed the brief for appellant.

Kurt Mitchell, Certified Law Student, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Warden, Presiding Judge, and Joseph, Chief Judge, and Van Hoomissen, Judge.

PER CURIAM

## PER CURIAM

In this habeas corpus proceeding, the trial court granted the state a summary judgment. We affirmed. 88 Or App 187, 744 P2d 300 (1987). The inmate has petitioned for review, which we treat as a petition for reconsideration. ORAP 10.10. The petition is granted, and the previous opinion is withdrawn. The summary judgment is reversed, and the case is remanded. *Jorgenson v. Schiedler,* 87 Or App 100, 741 P2d 528 (1987).